```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                      :
STEVE DOWNIE,                                                         :
                                                                      :
                        Plaintiff,                                    :
                                                                      :      19-CV-6620 (JPC)
           -v-                                                        :
                                                                      :      ORDER
LLOYD'S UNDERWRITERS et al.                                           :
                                                                      :
                        Defendants.                                   :
                                                                      :
----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The conference scheduled for January 19, 2021 at 10:00 a.m. before Judge Cronan is adjourned *sine die*. One week after the close of all discovery, the parties shall submit a joint letter, addressed to Judge Cronan, updating the Court on the status of the case.

SO ORDERED.

Dated: January 13, 2021
       New York, New York                           _____
                                                    JOHN P. CRONAN
                                                    United States District Judge